# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 13, 2026

Lyle W. Cayce
Clerk

No. 25-11180
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

ROBERT J. NUNES,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:13-CR-84-1

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges.*

PER CURIAM:[*]

Robert J. Nunes appeals the sentence imposed following the revocation of his supervised release. Nunes argues that the district court plainly erred in imposing, as part of his new 10-year supervised release term, an unconditional ban on contact with minors because the condition is not sufficiently narrowly tailored to achieve a balance between protecting his

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-11180

liberty interest in freely associating with minors and the Government's interest in protecting the public. *See* 18 U.S.C. § 3583(d)(2); *United States v. Weatherton*, 567 F.3d 149, 152-53 (5th Cir. 2009).

Although the issue may be "subject to reasonable dispute," Nunes has not shown that the district court, in imposing the 10-year associational ban, clearly or obviously erred under our existing precedent. *Puckett v. United States*, 556 U.S. 129, 135 (2009). Accordingly, he has failed to show plain error. *See id.*

AFFIRMED.